STATE OF NEW JERSEY v. JOHN KINNEY.

June 9, 1987.

It appearing from the papers that the State acknowledges that the sentencing court was of the belief that its imposition of a life sentence on defendant's conviction for murder was mandatory, and good cause otherwise appearing;

It is ORDERED that the petition for certification is granted, and that the judgment of the Appellate Division, is summarily reversed; and it is further

ORDERED that defendant's sentence is vacated, and the matter is remanded to the trial court for resentencing in accordance with *N.J.S.A.* 2C:11–3b. See *State v. Biegenwald*, 96 *N.J.* 630, 635 (1984).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. REMUS NIXON.

June 9, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH FLETCHER.

June 9, 1987.

Petition for certification denied.